[No. 4117–4–III.   Division Three.   November 18, 1980.]

*In the Matter of the Personal Restraint of*
GARY L. BOARDMAN, *Petitioner.*

Petition for relief from personal restraint *granted in part* and *denied in part* by unpublished per curiam opinion.

[No. 6039–I.   Division One.   November 19, 1980.]

*In the Matter of the Welfare of*
JAMES LOUIS DEANE.

Appeal from a judgment of the Superior Court for King County, No. J–77263, Norman W. Quinn, J., entered October 6, 1977. Opinion filed February 5, 1979, is *withdrawn* by order of the Court of Appeals.

[No. 3529–8–III.   Division Three.   November 20, 1980.]

MARTHA MARY BERTSCH, *Appellant,* v. G. F.
BREWER, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Yakima County, No. 77–2–01124–2, Howard Hettinger, J., entered July 5, 1979. *Affirmed* by unpublished opinion per Munson, J., concurred in by McInturff, A.C.J., and Roe, J.

[No. 3317–1–III.   Division Three.   November 20, 1980.]

GARDIE L. SAYLORS, *Appellant,* v. NICHOLAS
GENAKOS, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 69139, James B. Mitchell, J., entered February 6, 1979. *Affirmed* by unpublished opinion per Munson, J., concurred in by Green, C.J., and Roe, J.